NOVEMBER 19, 1973

No. 73–415. TITUS *v.* SUPREME COURT OF VIRGINIA ET AL.; and

No. 73–416. BROWN *v.* SUPREME COURT OF VIRGINIA ET AL. Affirmed on appeal from D. C. E. D. Va. MR. JUSTICE WHITE would note probable jurisdiction and set cases for oral argument. Reported below: 359 F. Supp. 549.